IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 2:13-cv-0999-RJS-PMW |
| | ) | |
| SERGIO FERNANDO SOSA and | ) | |
| SERGIO CENTRO LATINO | ) | |
| | ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 2:16-cv-0352-RJS-PMW |
| | ) | (Consolidated) |
| DAVID H. SOSA; CINTHIA T. C. | ) | |
| GALEANO; ALMA ROSE GODINEZ; | ) | |
| and SERGIO CENTRO LATINO, | ) | |
| | ) | |
| Defendants | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO FILE STATUS REPORT**

Upon motion by the United States, the Motion for Extension of Time to File Status Report is hereby GRANTED.

The United States shall file a status report in this case no later than October 12, 2018.

Though the court grants the motion, it reminds the United States that the Order to Show Cause directed the United States to provide a status report, "including whether the cases have resolved but the parties have failed to notify the court, or **any actions the United States has take to litigate the cases and why the cases should not be dismissed for failure to**

1

**prosecute."**[1]  Thus, while the United States' purported need for an extension is based an inability to get input from opposing counsel,[2] the court is unaware why the United States could not respond to the Order to Show Cause by explaining what it has done to litigate or otherwise resolve this matter.

    IT IS SO ORDERED this 28th day of September 2018.

                                        JUDGE ROBERT J. SHELBY
                                        United States District Judge

---

[1] Dkt. 46 at 2.
[2] Dkt. 47 at 2.