RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

RICK WATSON (*pro hac vice*)
CHRISTIAN MEJIA (*pro hac vice*)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel: (202) 353-0300
*Attorneys for United States*

JOHN W. HUBER (#7226)
United States Attorney
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 2:13-cv-0999-RJS-PMW |
| | ) | |
| SERGIO FERNANDO SOSA and | ) | |
| SERGIO CENTRO LATINO | ) | |
| | ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 2:16-cv-0352-RJS-PMW |
| | ) | (Consolidated) |
| DAVID H. SOSA; CINTHIA T. C. | ) | |
| GALEANO; ALMA ROSE GODINEZ; | ) | |
| and SERGIO CENTRO LATINO, | ) | |
| | ) | |
| Defendants | ) | |

1

## STATUS REPORT

As directed by the Court, the United States of America, by and through undersigned counsel, submits the following status report.

Since the expiration of the discovery period in this case, the counsel for the United States and counsel for Defendants have discussed potential settlement offers by telephone and written communication on several occasions.  Thus far, those discussions have not resulted in a settlement proposal that would be acceptable to both parties as to any of the Defendants in the case.

Therefore, the United States requests that this Court set a date for a final pretrial conference and/or trial of this case.

Respectfully submitted this 12th day of October, 2018.

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        /s/Rick Watson
        RICK WATSON (*pro hac vice*)
        CHRISTIAN MEJIA (*pro hac vice*)
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, D.C.  20044-0683
        Tel: (202) 353-0300
        *Attorneys for United States*

        JOHN W. HUBER (#7226)
        United States Attorney
        *Of Counsel*

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing was completed on October 12, 2018, by filing that document through the Court's electronic filing system, which effected service on the following:

TESSA MEYER SANTIAGO
Lincoln Law, LLP
921 W. Center
Orem, Utah 84507

*Attorneys for Defendants*

                                                    <u>/s/Rick Watson</u>
                                                    Rick Watson
                                                    Trial Attorney, Tax Division
                                                    U.S. Department of Justice