IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case 2:13-cv-0999-RJS-PMW |
| ) | |
| SERGIO FERNANDO SOSA and ) | |
| SERGIO CENTRO LATINO ) | |
| ) | |
| Defendants ) | |

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT ALMA GODINEZ** |
| ) | |
| v. ) | |
| ) | Case 2:16-cv-0352-RJS-PMW |
| ) | (Consolidated) |
| DAVID H. SOSA; CINTHIA T. C. ) | |
| GALEANO; ALMA ROSE GODINEZ; ) | |
| and SERGIO CENTRO LATINO, ) | |
| ) | |
| Defendants ) | |

_____

Having received the Government's and Defendant Alma Godinez's Stipulated Motion of Dismissal,[1] and for good cause appearing, the court Grants the Motion pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, Godinez is dismissed from this action without prejudice, and the parties will bear their own respective costs and expenses.

---

[1] Dkt. 66

SO **ORDERED** this 17th day of May, 2019.

                                                                                              _____
                                                                                              ROBERT J. SHELBY
                                                                                              United States Chief District Judge